■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CANDELARIA, Appellant. [786 NYS2d 780]—Appeal from a

judgment of the Ontario County Court (Frederick G. Reed, J.), rendered June 20, 2003. The judgment revoked defendant's probation and imposed a sentence of incarceration.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment that revoked his probation and imposed an indeterminate term of incarceration of 1½ to 4½ years. County Court did not err in revoking defendant's probation because the People proved by a preponderance of the evidence that defendant violated two conditions of his probation (*see People v Pettway*, 286 AD2d 865 [2001]). We further conclude that defendant's sentence is not unduly harsh or severe.

Defendant's remaining contention is without merit. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.